IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| SAMANTHA R. MCCAFFERTY,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>UNIVERSITY OF NEBRASKA MEDICAL CENTER, a Political Subdivision; and BOARD OF REGENTS OF THE UNIVERSITY OF NEBRASKA, A Political Subdivision,<br><br>　　　　　Defendants. | 8:25CV493<br><br>**ORDER** |

　　　This matter is before the court on the court's own motion pursuant to 28 U.S.C. § 455(a), which states: "Any . . . judge . . . of the United States shall disqualify himself in any proceeding in which his impartiality might reasonably be questioned." Upon review of the parties and the record in the above-designated case, the undersigned judge shall, and hereby does, recuse himself from the above-designated case pursuant to 28 U.S.C. § 455(a).

　　　SO ORDERED.

　　　Dated this 11th day of August, 2025.

BY THE COURT:

s/ Joseph F. Bataillon　　
Senior United States District Judge